UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN REDEAUX,<br><br>Plaintiff,<br><br>v.<br><br>TVC FUNDING IV REO, LLC, et al.,<br><br>Defendants. | Case No. 24-cv-06560-EMC<br><br>**ORDER DISMISSING CASE**<br><br>Docket No. 30 |

Previously, the Court issued an order in which it dismissed all of the claims Ms. Redeaux asserted against the Judicial Defendants. In the same order, the Court instructed Ms. Redeaux to show cause as to why her claims against the remaining defendant, TVC Funding IV REO, LLC, should not be dismissed without prejudice based on failure to serve and/or failure to prosecute. The Court ordered Ms. Redeaux to file a response to the order to show cause by February 17, 2025. It specifically warned Ms. Redeaux that, if she did not timely file a response to the order to show cause, her claims against TVC Funding IV REO, LLC would automatically be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Redeaux has failed to file a response to the Court's order to show cause. Accordingly, the Court hereby **DISMISSES** all claims against TVC Funding IV REO, LLC – without prejudice – based on failure to serve and/or failure to prosecute.

The Clerk of the Court shall enter a final judgment in accordance with this order and its order dismissing the Judicial Defendants at Docket No. 30. The case is now closed.

**IT IS SO ORDERED**.

Dated: February 21, 2025

_____
EDWARD M. CHEN
United States District Judge